**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| Shawntella Fries, f/k/a Mizell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   1:20-cv-02382-TWP-TAB |
| ) | |
| General Credit Services, Inc., an ) | |
| Indiana corporation, ) | |
| ) | |
| Defendant. ) | |

**Acknowledged**
TWP
March 24, 2021

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of her claims against the Defendant, with prejudice.

Dated:  March 23, 2021

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2021, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing was sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Christopher E. Clark                      cclark@goodinabernathy.com
Goodin Abernathy, LLP
301 East 38th Street
Indianapolis, Indiana 46205

John T. Steinkamp                      john@johnsteinkampandassociates.com
John Steinkamp & Associates
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2